# Court of Appeals
# of the State of Georgia

ATLANTA,  March 05, 2020

*The Court of Appeals hereby passes the following order:*

**A20D0310.  CARA W. WILLIAMS v. THE STATE.**

In 2018, a jury found Cara W. Williams guilty of possession of a telecommunication device by an inmate.  Williams filed a motion for new trial, which the trial court denied on December 19, 2019.  On February 19, 2020, Williams filed this application for discretionary appeal from the trial court's order denying her motion.  We, however, lack jurisdiction.

An order denying a motion for new trial is directly appealable.  *Martin v. Williams*, 263 Ga. 707, 708 (1) (438 SE2d 353) (1994).  Ordinarily, we will grant an otherwise timely application for discretionary appeal if the lower court's order is subject to direct appeal.  See OCGA § 5-6-35 (j).  To fall within this general rule, however, the application must be filed within 30 days of entry of the order to be appealed.  See OCGA § 5-6-35 (d), (j).  Here, Williams filed her application 62 days after the entry of the order she seeks to appeal.  Accordingly, Williams's application is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/05/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*